UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. ___4:08-cv-95-JHM___

*Electronically Filed*

CSX TRANSPORTATION, INC.                                          PLAINTIFF

v.                                    COMPLAINT

DO-ALL CONSTRUCTION, INC.                                         DEFENDANT

* * * * *

1.      Plaintiff is a corporation incorporated under the laws of Virginia with its principal place of business in Florida.  The Defendant is a corporation incorporated under the laws of Kentucky with its principal place of business in Kentucky.  The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. §1332.

2.      Venue for this matter is in the Owensboro jury division of this district because the sole Defendant is a corporation whose principal place of business is at 608 East Maple Street, Caneyville, in Grayson County, Kentucky.

3.      Defendant owes Plaintiff $112,899.73 for services rendered and expenses incurred in providing flag protection services for Defendant in connection with the Kentucky Transportation Cabinet Bridge Product at Hopkinsville, Kentucky, all as more particularly shown on the invoices consisting of seven pages attached hereto as Exhibit A.

WHEREFORE, Plaintiff demands judgment against Defendant in the sum of One Hundred Twelve Thousand, Eight Hundred Ninety-Nine Dollars and Seventy-Three Cents ($112,899.73), together with interest thereon as allowed by law, plus Plaintiff's costs

646805.1

incurred herein, including the court costs of this action, and for all other just and equitable

relief to which Plaintiff may appear entitled.

MARK L. MOSELEY
LANDRUM & SHOUSE LLP
P. O. Box 951
Lexington, KY  40588-0951
Telephone:  859-255-2424
Fax:  859-233-0308
E-Mail: *mmoseley@landrumshouse.com*

BY:   __s/ Mark L. Moseley_____
ATTORNEY FOR PLAINTIFF

646805.1                              2